PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
FRANCO L. BECIA, WA BAR #26823
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2114
Fax: (206) 615-2531
Email: Franco.L.Becia@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (SACRAMENTO)

| | |
|---|---|
| JOANNE L. CRAWFORD,<br><br>  Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 2:23-cv-01153-JDP<br><br>REQUEST and [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Complaint be extended from August 14, 2023, up to and including September 21, 2023. This is the Defendant's first request for an extension. Defendant requests this extension because Defendant has been notified that the certified administrative transcript (CAR) is not yet available in this case and more time is required to complete it. Defendant therefore cannot

respond to Plaintiff's Complaint. Once the CAR arrives, Defendant will need to review it for defects before submitting it. For these reasons, Defendant asks the Court to approve this unopposed motion and extend the deadline to file a response to Plaintiff's Complaint. Plaintiff does not oppose Defendant's request for an extension of time. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 11, 2023

/s/ *Joseph Clayton Fraulob\**
(*as authorized via e-mail on 8/8/2023)
Joseph Clayton Fraulob
Attorney for Plaintiff

Dated: August 11, 2023

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By: /s/ *Franco L. Becia*
Franco L. Becia
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, Defendant shall have an extension, up to and including September 21, 2023, to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:   August 15, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE