HADLEY & FRAULOB
A Professional Law Corporation
230 Fifth Street
Marysville, CA 95901
(916) 743-4458
FAX (530) 743-5008

JOSEPH C. FRAULOB – CA State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE L. CRAWFORD<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CIV. NO.: 2:23-CV-01153-JDP<br><br>**STIPULATION FOR DISMISSAL** |

    IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys, that the above entitled action may be dismissed, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs.

Dated:  December 21, 2023          /s/ *Joseph Fraulob*
                                               JOSEPH FRAULOB
                                               Attorney for plaintiff

Dated:  December 21, 2023          */s/ Franco L. Becia*
                                               (As authorized via email)
                                               FRANCO L. BECIA
                                               Special Assistant United States Attorney
                                               Attorney for Defendant

ORDER

APPROVED AND SO ORDERED


IT IS SO ORDERED.


Dated:   December 26, 2023                  _____
                                             JEREMY D. PETERSON
                                             UNITED STATES MAGISTRATE JUDGE